# Earnings Statement

**ADP**

DDP ROOFING SERVICES INC
20 CONCHESTER ROAD
GLEN MILLS PA 19342

Period Beginning: 08/20/2018
Period Ending: 08/26/2018
Pay Date: 08/31/2018

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   PA: N/A

FRANK BELLINO
474 N MILLS ROAD
KENNETT SQUARE PA 19348

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 38.75 | 697.50 | 20,335.50 |
| Ltd-Ot | | | 2.97 | 103.95 |
| Overtime | | | | 20.25 |
| Bonus | | | | 400.00 |
| Holiday | | | | 288.00 |
| Personal | | | | 144.00 |
| Vaca Nfield | | | | 2,448.00 |
| **Gross Pay** | | | **$700.47** | 23,739.70 |

**Net Check** $0.00

* Excluded from federal taxable wages
  Your federal taxable wages this period are $428.02

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 700.47 | 23,489.70 |

**Important Notes**
YOUR ER PHONE NUMBER IS 484-785-6858

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -12.61 | 332.35 |
| | Social Security Tax | -26.54 | 865.91 |
| | Medicare Tax | -6.21 | 202.51 |
| | PA State Income Tax | -13.14 | 428.75 |
| | Concord Twp Local Svc Tax | -1.00 | 43.00 |
| | Kennett Twp Income Tax | -5.35 | 174.60 |
| | PA SUI/SDI Tax | -0.42 | 14.24 |
| | **Other** | | |
| | Den Family | -14.71* | 514.85 |
| | Keystone Pos Ee | -254.00* | 9,636.00 |
| | Ltd | -2.97 | 103.95 |
| | Vision | -3.74* | 134.64 |
| | Benefit Catchup | | 351.00 |
| | Ppo Em 2 | | 137.00 |
| **Net Pay** | | **$359.78** | |
| Checking 1 | | -359.78 | |

---

DDP ROOFING SERVICES INC
20 CONCHESTER ROAD
GLEN MILLS PA 19342

Advice number: 00000350013
Pay date: 08/31/2018

Deposited to the account of
FRANK BELLINO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8306 | xxxx xxxx | $359.78 |

**NON-NEGOTIABLE**

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.
VOID VOID VOID THIS IS NOT A CHECK
THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.
© 1998, 2006, ADP, LLC All Rights Reserved.
© 2000 ADP, LLC

# Earnings Statement

**ADP**

DDP ROOFING SERVICES INC
20 CONCHESTER ROAD
GLEN MILLS PA 19342

Period Beginning: 08/13/2018
Period Ending: 08/19/2018
Pay Date: 08/24/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

FRANK BELLINO
474 N MILLS ROAD
KENNETT SQUARE PA 19348

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 35.75 | 643.50 | 19,638.00 |
| Ltd-Ot | | | 2.97 | 100.98 |
| Overtime | | | | 20.25 |
| Bonus | | | | 400.00 |
| Holiday | | | | 288.00 |
| Personal | | | | 144.00 |
| Vaca Nfield | | | | 2,448.00 |
| **Gross Pay** | | | **$646.47** | 23,039.23 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $374.02

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 646.47 | 22,789.23 |

**Important Notes**
YOUR ER PHONE NUMBER IS 484-785-6858

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -7.21 | 319.74 |
| | Social Security Tax | -23.19 | 839.37 |
| | Medicare Tax | -5.42 | 196.30 |
| | PA State Income Tax | -11.48 | 415.61 |
| | Concord Twp Local Svc Tax | -1.00 | 42.00 |
| | Kennett Twp Income Tax | -4.68 | 169.25 |
| | PA SUI/SDI Tax | -0.38 | 13.82 |
| | **Other** | | |
| | Den Family | -14.71* | 500.14 |
| | Keystone Pos Ee | -254.00* | 8,382.00 |
| | Ltd | -2.97 | 100.98 |
| | Vision | -3.74* | 130.90 |
| | Benefit Catchup | | 351.00 |
| | Ppo Em 2 | | 137.00 |
| | **Net Pay** | **$317.69** | |
| | Checking 1 | -317.69 | |

---

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

DDP ROOFING SERVICES INC
20 CONCHESTER ROAD
GLEN MILLS, PA 19342

Advice number: 00000340012
Pay date: 08/24/2018

Deposited to the account of
FRANK BELLINO

| account number | transit ABA | amount |
|---|---|---|
| XXXXXX8306 | XXXX XXXX | $317.69 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement 

DDP ROOFING SERVICES INC
20 CONCHESTER ROAD
GLEN MILLS PA 19342

Period Beginning: 08/06/2018
Period Ending: 08/12/2018
Pay Date: 08/17/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

FRANK BELLINO
474 N MILLS ROAD
KENNETT SQUARE PA 19348

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Ltd-Ot | | | 2.97 | 98.01 |
| Vaca Nfield | 18.0000 | 40.00 | 720.00 | 2,448.00 |
| Regular | | | | 18,994.50 |
| Overtime | | | | 20.25 |
| Bonus | | | | 400.00 |
| Holiday | | | | 288.00 |
| Personal | | | | 144.00 |
| **Gross Pay** | | | **$722.97** | 22,392.76 |

Net Check                $0.00

* Excluded from federal taxable wages
  Your federal taxable wages this period are $450.52

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 722.97 | 22,142.76 |

**Important Notes**
YOUR ER PHONE NUMBER IS 484-785-6858

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -14.86 | 312.53 |
| Social Security Tax | | -27.93 | 816.18 |
| Medicare Tax | | -6.53 | 190.88 |
| PA State Income Tax | | -13.83 | 404.13 |
| Concord Twp Local Svc Tax | | -1.00 | 41.00 |
| Kennett Twp Income Tax | | -5.63 | 164.57 |
| PA SUI/SDI Tax | | -0.44 | 13.44 |
| **Other** | | | |
| Den Family | | -14.71* | 485.43 |
| Keystone Pos Ee | | -254.00* | 8,128.00 |
| Ltd | | -2.97 | 98.01 |
| Vision | | -3.74* | 127.16 |
| Benefit Catchup | | | 361.00 |
| Ppo Em 2 | | | 137.00 |
| **Net Pay** | | **$377.33** | |
| Checking 1 | | -377.33 | |

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID    THIS IS NOT A CHECK

DDP ROOFING SERVICES INC
20 CONCHESTER ROAD
GLEN MILLS PA 19342

Advice number: 00000330012
Pay date: 08/17/2018

Deposited to the account of
FRANK BELLINO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8306 | xxxx xxxx | $377.33 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



# Earnings Statement

**DDP ROOFING SERVICES INC**
20 CONCHESTER ROAD
GLEN MILLS PA 19342

Period Beginning:  07/30/2018
Period Ending:  08/05/2018
Pay Date:  08/10/2018

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  1
  PA:  N/A

FRANK BELLINO
474 N MILLS ROAD
KENNETT SQUARE PA 19348

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 39.00 | 702.00 | 18,994.50 |
| Ltd-Ot | | | 2.97 | 95.04 |
| Overtime | | | | 20.25 |
| Bonus | | | | 400.00 |
| Holiday | | | | 288.00 |
| Personal | | | | 144.00 |
| Vaca Nfield | | | | 1,728.00 |
| **Gross Pay** | | | **$704.97** | 21,669.79 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13.06 | 297.67 |
| | Social Security Tax | -26.82 | 788.25 |
| | Medicare Tax | -6.27 | 184.35 |
| | PA State Income Tax | -13.28 | 390.30 |
| | Concord Twp Local Svc Tax | -1.00 | 40.00 |
| | Kennett Twp Income Tax | -5.41 | 158.94 |
| | PA SUI/SDI Tax | -0.42 | 13.00 |
| | **Other** | | |
| | Den Family | -14.71* | 470.72 |
| | Keystone Pos Ee | -254.00* | 7,874.00 |
| | Ltd | -2.97 | 95.04 |
| | Vision | -3.74* | 123.42 |
| | Benefit Catchup | | 351.00 |
| | Ppo Em 2 | | 137.00 |
| | **Net Pay** | **$363.29** | |
| | Checking 1 | -363.29 | |

Net Check  $0.00

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $432.52

**Other Benefits and Information** | this period | total to date
Max Elig/Comp | 704.97 | 21,419.79

**Important Notes**
YOUR ER PHONE NUMBER IS 484-785-6858

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

DDP ROOFING SERVICES INC
20 CONCHESTER ROAD
GLEN MILLS PA 19342

Advice number:  00000320011
Pay date:  08/10/2018

Deposited to the account of
**FRANK BELLINO**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8306 | xxxx xxxx | $363.29 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

DDP ROOFING SERVICES INC
20 CONCHESTER ROAD
GLEN MILLS PA 19342

Period Beginning: 07/23/2018
Period Ending: 07/29/2018
Pay Date: 08/03/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

FRANK BELLINO
474 N MILLS ROAD
KENNETT SQUARE PA 19348

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 38.75 | 697.50 | 18,292.50 |
| Ltd-Ot | | | 2.97 | 92.07 |
| Overtime | | | | 20.25 |
| Bonus | | | | 400.00 |
| Holiday | | | | 288.00 |
| Personal | | | | 144.00 |
| Vaca Nfield | | | | 1,728.00 |
| **Gross Pay** | | | **$700.47** | 20,964.82 |

Net Check        $0.00

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $428.02

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 700.47 | 20,714.82 |

## Deductions

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -12.61 | 284.61 |
| Social Security Tax | -26.54 | 761.43 |
| Medicare Tax | -6.21 | 178.08 |
| PA State Income Tax | -13.14 | 377.02 |
| Concord Twp Local Svc Tax | -1.00 | 39.00 |
| Kennett Twp Income Tax | -5.35 | 153.53 |
| PA SUI/SDI Tax | -0.42 | 12.58 |

**Other**
| | | |
|---|---|---|
| Den Family | -14.71* | 456.01 |
| Keystone Pos Ee | -254.00* | 7,620.00 |
| Ltd | -2.97 | 92.07 |
| Vision | -3.74* | 119.68 |
| Benefit Catchup | | 351.00 |
| Ppo Em 2 | | 137.00 |

**Net Pay**     **$359.78**
Checking 1      -359.78

**Important Notes**
YOUR ER PHONE NUMBER IS 484-785-6858

© 1998, 2006, ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

DDP ROOFING SERVICES INC
20 CONCHESTER ROAD
GLEN MILLS PA 19342

Advice number: 00000310011
Pay date: 08/03/2018

Deposited to the account of
FRANK BELLINO

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx8306 | xxxx xxxx | $359.78 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.