# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Frank Bellino**            :  CHAPTER 13
   **Debtors**              :  BANKRUPTCY NO. 18-16060

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

                 /s/ Gary E. Thompson
                 GARY E. THOMPSON
                 ATTORNEY FOR DEBTOR(S)

Date: 11/1/18

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix