UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Frank R. Bellino
      Bankruptcy No.  18-16060
      Adversary No.
      Chapter      13

Date:   December 4, 2018

To:      Gary E. Thompson
      150 E. Swedesford Road
      1st Floor
      Wayne Pa   19087

## NOTICE OF INACCURATE FILING

Re:  Application for compensation

The above pleading was filed in this office on **November 1/2018.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and/or case number (is) are missing
- ( )   Wrong PDF document attached
- ( )   PDF document  not legible
- ( )   Notice of Motion/Objection
- ( )   Electronic Signature missing
- (**XX**)   Proposed Order

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Jeanette Gilmore**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04