## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: FRANK BELLINO**                                              **CHAPTER 13**
**Debtor**

                                                                     **BANKRUPTCY NO. 18-16060**

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire, hereby certify that I have served an Amended Plan by US Mail and the court's electronic filing system on or about January 14, 2019 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee William Miller
POB 40119
Philadelphia, PA 19106

All Creditors on Matrix

.

                                           _____/S/_____
                                           GARY E. THOMPSON, ESQUIRE
                                           Attorney for Debtor.

        4/2/18