# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>FRANK BELLINO<br>                                Debtor. | Chapter 13<br>Case No. 18-16060 |

## **PRAECIPE TO WITHDRAW**

TO THE CLERK:

Kindly withdraw the Docket Entry #28 filed with the court on behalf of the debtor as it was filed in error..


Dated: March 4, 2019                                   /s/
                                                         Gary E. Thompson, Esquire
                                                         150 East Swedesford Road, Suite 102
                                                          Wayne, Pennsylvania 19087
                                                          Tel: (610) 975-9737
                                                          Fax: (610) 975-0826

                                                          *Attorney for Debtor*