UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Frank Bellino** : CHAPTER 13
    Debtors : BANKRUPTCY NO. 18-16060

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the foregoing Application and upon Notice, Opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

|  |  |
|---|---|
| allowed compensation | $3,000.00 |
| Total paid by Debtor(s): | $2,000.00 |

The Trustee shall disburse $1,000.00 to Debtor's counsel as an administrative expense to the extent provided for in the confirmed plan.

Date: 3/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**