Certificate Number: 05781-PAE-DE-037725964

Bankruptcy Case Number: 18-16060



05781-PAE-DE-037725964

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>August 31, 2023</u>, at <u>11:31</u> o'clock <u>AM PDT</u>, <u>Frank Bellino</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 31, 2023</u>　　　　By:   <u>/s/Allison M Geving</u>

　　　　　　　　　　　　　　　　Name:   <u>Allison M Geving</u>

　　　　　　　　　　　　　　　　Title:   <u>President</u>